# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON A. ELLIOTT,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK T. ELLIOTT, III, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00897-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR EQUIFAX INFORMATION SYSTEMS LLC TO RESPOND TO COMPLAINT<br><br>(ECF No. 11)<br><br>DEADLINE: JULY 15, 2021 |

On June 29, 2021, a stipulation was filed to extend time for Aaron Elliott to respond to Brian Johnson, Wileman Bros. & Elliott Inc., and Frank T. Elliott, III.'s counterclaim by thirty days. The parties are advised that pursuant to the Local Rules of the Eastern District of California, an initial extension of time to respond to the compliant that does not exceed twenty eight days does not need to be approved by the Court. L.R. 144(a). Since the requested extension of time here was for thirty days, it does require court approval and the parties should have submitted a proposed order. See L.R. 143(b). In the future, the parties shall submit a proposed order when filing a stipulation that requires court approval.

///
///
///
///

1

1 Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY
2 ORDERED that Aaron A. Elliott shall file a pleading responsive to the counterclaim on or before
3 **July 15, 2021**.

IT IS SO ORDERED.

Dated:   **June 29, 2021**

UNITED STATES MAGISTRATE JUDGE