# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON A. ELLIOT,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANK T. ELLIOTT, III, et al.,<br><br>        Defendants. | Case No. 1:21-cv-00897-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINE TO COMPLETE INITIAL DISCLOSURES<br><br>(ECF Nos. 29, 31) |

On October 1, 2021, the Court issued a scheduling order that set an initial disclosure deadline of October 15, 2021. (ECF No. 29.) On October 6, 2021, Plaintiff filed a motion to disqualify counsel, set to be heard before the undersigned on November 10, 2021. (ECF No. 30.) On October 8, 2021, the parties filed a stipulation requesting the Court extend the initial disclosure deadline from October 15, 2021, until the earlier date of either: (1) 14 days after the Court enters an order adjudicating the motion to disqualify counsel; or (2) December 13, 2021. (ECF No. 31.) The Court finds good cause to extend the initial disclosure deadline pursuant to the parties' stipulation.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that the deadline to complete initial disclosures is extended until the earlier date of either: (1) 14 days after the Court enters an order adjudicating the motion to disqualify counsel; or (2) December 13, 2021.  All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **October 12, 2021**

UNITED STATES MAGISTRATE JUDGE