# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON A. ELLIOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK T. ELLIOTT, III, et al.,<br><br>    Defendants. | Case No. 1: 21-cv-00897-SAB<br><br>ORDER VACATING NOVEMBER 10, 2021 HEARING<br><br>(ECF No. 30) |

Plaintiffs' motion to disqualify counsel is currently set for hearing on November 10, 2021, before the undersigned in Courtroom 9. (ECF No. 30.) Having considered the moving, opposition, and reply papers, the Court finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the hearing set for November 10, 2021, will be vacated and the parties will not be required to appear at that time.

Accordingly, IT IS HEREBY ORDERED that the hearing on Plaintiff's motion to disqualify set for November 10, 2021, at 10:00 a.m. in Courtroom 9 is HEREBY VACATED.

IT IS SO ORDERED.

Dated:   **November 8, 2021**

UNITED STATES MAGISTRATE JUDGE

1