# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON A. ELLIOTT,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRANK T. ELLIOTT, III, et al.,<br><br>                    Defendants. | Case No.  1:21-cv-00897-SAB<br><br>ORDER RE STIPULATION TO REMAND REMOVED ACTION<br><br>(ECF No. 41) |

Plaintiff initiated this action in the Tulare County Superior Court on March 26, 2021.  On June 4, 2021, Defendant removed the action to federal court.  On May 11, 2022, the parties filed a stipulation to remand this action to the Tulare County Superior Court.  (ECF No. 41.)

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is REMANDED to Tulare County Superior Court, Case No. VPR050531.

IT IS SO ORDERED.

Dated:   **May 12, 2022**

UNITED STATES MAGISTRATE JUDGE